UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HAROLD COUCH,                                    :        Case No. 1:14-cv-751
                                                 :
        Plaintiff,                               :        Judge Timothy S. Black
                                                 :        Magistrate Judge Karen L. Litkovitz
vs.                                              :
                                                 :
FAISAL AHMED,                                    :
                                                 :
        Defendant.                               :

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 50)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court, and, on June 21, 2016, submitted a

Report and Recommendation.  (Doc. 50).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that the Report and Recommendation should be and is hereby **ADOPTED** in

its entirety.

Accordingly, for the foregoing reasons:

1.  Plaintiff's complaint is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b);

2.  The Court certifies pursuant to 28 U.S.C. § 1915(a) that for the reasons stated in the Report and Recommendation, an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*;

3.  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

4.  This civil action is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date:  7/13/16

_Timothy S. Back_
Timothy S. Black
United States District Judge

2